**Continental and Commercial Trust and Savings Bank, administrator of the estate of Harold S. Kneeland, deceased, appellee, v. Chicago and West Towns Railway Company, appellant. Gen. No. 27,714.**

Action for wrongful death caused by negligent operation of defendant's car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding.

Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of facts. Opinion filed November 8, 1922. Rehearing denied November 21, 1922.

Willard M. McEwen, for appellant. Quin O'Brien, for appellee.

Mr. Justice Morrill delivered the opinion of the court.